AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.    3:20-mj-184 |
| GABRIEL E. AGARD-BERRYHILL | ) | |
| aka GABRIEL S. ECKERT | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____7/28/2020_____ in the county of _____Multnomah_____ in the

_____ District of _____Oregon_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(f)(1) | Arson |

This criminal complaint is based on these facts:

See Affidavit of ATF SA AMANDA JOHNSON attached hereto and incorporated by reference.

☑ Continued on the attached sheet.

via telephone
_____
*Complainant's signature*

ATF SA AMANDA JOHNSON
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone at __12:31__ a.m./p.m.

Date:    _____07/31/2020_____

_____
*Judge's signature*

City and state:    _____Portland, Oregon_____        Hon. Jolie A. Russo, U.S. Magistrate Judge
_____
*Printed name and title*