**ORIGINAL**

PS 8(9/03)

# UNITED STATES DISTRICT COURT

For

FILED 19 OCT '20 08:53 USDC-ORP

## DISTRICT OF OREGON

U.S.A vs. Gabriel Eckert Agard-Berryhill

Docket No. 3:20CR00352-IM-01

TO: any United States Marshal or any other authorized officer

### WARRANT FOR ARREST OF DEFENDANT

You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the court.

| NAME OF DEFENDANT | DOB | SEX | RACE | AGE |
|---|---|---|---|---|
| Gabriel Eckert Agard-Berryhill | 4/4/2002 | M | W | 18 |

ADDRESS

301 Southwest Lincoln Street, Room 1307, Portland, Oregon 97201

TO BE BROUGHT BEFORE

**U.S. District Court, Portland, Oregon**

| MARY L. MORAN | s/Farrell Patterson | 08/31/2020 |
|---|---|---|
| CLERK | (BY) Deputy Clerk | DATE |

### RETURN

Warrant received and executed.   DATE RECEIVED   DATE EXECUTED

EXECUTING AGENCY (NAME AND ADDRESS)

| NAME | (BY) | DATE |
|---|---|---|

DATE 8/31/2020
ARRESTED BY USMS via detainer

U.S. MARSHAL

BY [signature]

#