IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:20CR00352-IM-01 |
| v. | |
| Gabriel Eckert Agard-Berryhill | **MODIFICATION OF RELEASE CONDITIONS** |

**IT IS ORDERED THAT defendant's pretrial release conditions be modified to remove the following conditions:**

- The defendant shall be monitored by the form of location monitoring indicated below and shall abide by all technology requirements. The participant shall pay all or part of the costs of participation in the location monitoring program as directed by the court and/or the pretrial services officer.
  ( ) Radio Frequency (RF) Monitoring
  (X) Active GPS Monitoring (including hybrid GPS)
- This form of location monitoring technology shall be utilized to monitor the following location restriction:

  (X) Curfew. You are restricted to your residence every day ( ) from _____ to _____, or (X) as directed by the supervising officer.

**IT IS ORDERED THAT defendant's pretrial release conditions be modified to include the following conditions:**

- Participate in one of the following location restriction programs and comply with its requirements as directed.
  (X) Stand Alone Monitoring. You have no residential curfew restrictions. However, you must comply with location or travel restrictions as imposed by the Court. Note: This component should be used in conjunction with global positioning system (GPS) technology.

- Submit to the following location monitoring technology and comply with its requirements as directed.
  (X) GPS

**IT IS SO ORDERED THIS 29th day of September, 2021.**

*Stacie F. Beckerman*
_____
The Honorable Stacie F. Beckerman
U.S. Magistrate Judge

**Submitted by U.S. Pretrial Services**