UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GABRIEL AGARD-BERRYHILL<br><br>Defendant. | No. 3:20-cr-00352-IM<br><br>INFORMATION<br><br>18 U.S.C. § 1361 |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Willfully Injuring or Attempting to Commit Any Depredation**
**Against Any Property of the United States)**
**(18 U.S.C. § 1361)**

On or about July 28, 2020, in Multnomah County, in the District of Oregon, defendant **GABRIEL AGARD-BERRYHILL** willfully and by means of an incendiary device, did attempt to injure and commit a depredation against the Mark O. Hatfield United States Courthouse, a building owned in whole and in part by the United States, and the attempted damage to the property exceeded the sum of $1,000.

In violation of Title 18, United States Code, Section 1361.

DATED:  December 14, 2021.

SCOTT ERIK ASPHAUG
Acting United States Attorney

*/s/ Natalie K. Wight*
NATALIE K. WIGHT, OSB #035576
Assistant United States Attorney