Gerald M. Needham, OSB #963746
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, Oregon  97204
Tel:     (503) 326-2123
Fax:    (503) 326-5524
jerry_needham@fd.org

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA,  Plaintiff,  v.  GABRIEL ECKERT AGARD-BERRYHILL,  Defendant. | Case No. 3:20-cr-00352-IM  DEFENDANT'S SENTENCING MEMORANDUM |
|---|---|

Gabriel Eckert Agard-Berryhill will appear before the Court on March 14, 2022, for sentencing upon his plea of guilty to one count of Attempted Willful Depredation Against Federal Property in violation of 18 U.S.C. § 1361. For reasons outlined in other sentencing materials before the Court, Mr. Agard-Berryhill will join in the recommendations of the United States Probation Office and the government to sentence him to a period of time served followed by a two-year term of supervised release with the requirement that he reside in the Northwest Regional Reentry Center (NWRRC) for up to 90 days, to be released earlier at the discretion of the United States Probation Office.

Respectfully submitted on March 9, 2022.

*/s/ Gerald M. Needham*
Gerald M. Needham
Assistant Federal Public Defender