# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**UNITED STATES OF AMERICA,**

**v.**

**Gabriel Eckert Agard-Berryhill,**

      **Defendant.**

Case No.   3:20-cr-00352-IM

**ORDER CONTINUING DISPOSITION
ON SUPERVISED RELEASE VIOLATION**

On September 3, 2024, defendant appeared with counsel at a hearing to determine whether defendant violation the conditions of supervised release.   The defendant admitted to the allegations and the Court found that defendant violated the terms of his supervised release by failing to live at a place approved by the probation officer, and failing to submit to substance abuse testing.

    **IT IS ORDERED** that final disposition of defendant's supervised release be set over to **December 2, 2024 at 2:00 p.m.**

    **IT IS FURTHER ORDERED**: Defendant must participate in a location monitoring program for a period of 90 days. During this period, you are subject to home detention and your movement in the community is restricted as follows: You are restricted to your residence at all times, except for employment, education, religious services, medical treatment, mental health or substance abuse treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the probation officer. Unless otherwise specified by the Court, your

1 - ORDER

participation in the location monitoring program will be monitored using technology approved by the probation officer, which may include radio frequency (RF) monitoring, GPS monitoring, or voice recognition. You must abide by all technology requirements. You must follow the program rules and pay all or part of the costs of participation in the location monitoring program as directed by the Court or the probation officer.

All other conditions are to remain in full force and effect.

DATED: September 3, 2024

*Karin J. Immergut*
The Honorable Karin J. Immergut
United States District Judge